# Income Statement

Linda Bomba
Income Statement
1/1/20-1/31/20

| | | Current Period 6/1/20-6/30/20 | |
|---|---|---|---|
| **REVENUES** | | | |
| My Daily Choice | $ | 960.95 | |
| Google/YouTube Partner Program | $ | 516.27 | |
| Legendary Marketer | $ | 379.62 | |
| Other Income | $ | 92.77 | |
| My Lead System Pro | $ | 114.87 | |
| **TOTAL REVENUES** | $ | 2,064.48 | |
| | | | |
| **COST OF GOODS SOLD** | | | |
| AWeber | $ | 69.00 | |
| My Daily Choice | $ | 186.95 | |
| My Lead System Pro | $ | 49.95 | |
| Legendary Marketer | $ | 29.95 | |
| Click Funnels | $ | 4.24 | |
| Click Magic | $ | 17.00 | |
| Zoom & VID IQ | $ | 19.99 | |
| Other Direct Costs | $ | - | |
| **TOTAL COST OF GOODS SOLD** | $ | 377.08 | |
| | | | |
| **GROSS PROFIT (LOSS)** | $ | 1,687.40 | |
| | | | |
| **OPERATING EXPENSES** | | | |
| Advertising and Promotion | $ | 30.00 | |
| Art Graphics | $ | - | |
| Bad Debts/Losses and Thefts | $ | - | |
| Business Cards | $ | - | |
| Charitable Contributions | $ | - | |
| Computer and Internet | $ | 108.14 | |
| Continuing Education | $ | 14.95 | |
| Depreciation-Indirect | $ | - | |
| Dues and Subscriptions | $ | - | |
| Insurance | $ | - | |
| Meals and Entertainment | $ | - | |
| Merchant Account Fees | $ | 16.41 | |
| Miscellaneous Expense | $ | 9.00 | |
| Office Supplies | $ | - | |
| Computer Supplies | $ | - | |
| Postage and Delivery | $ | - | |
| Printing and Reproduction | $ | - | |
| Professional Services - Legal, Accounting | $ | - | |
| Occupancy | $ | - | |
| Rental Payments | $ | - | |
| Salaries-Indirect | $ | - | |
| Software | $ | - | |
| Subcontractor | $ | 59.50 | |
| Mobile Phone | $ | 71.47 | |
| Travel | $ | - | |
| Website Domain Hosting | $ | 50.69 | |
| **TOTAL OPERATING EXPENSES** | $ | 360.16 | |
| | | | |
| **OPERATING PROFIT (LOSS)** | $ | 1,327.24 | |
| | | | |
| **INTEREST (INCOME), EXPENSE & TAXES** | | | |
| Interest (Income) | $ | - | |
| Interest Expense | $ | - | |
| Income Tax Expense | $ | - | |
| **TOTAL INTEREST (INCOME), EXPENSE & TAXES** | $ | - | |
| | | | |
| **NET INCOME (LOSS)** | $ | 1,327.24 | |

1

# Income Statement

Linda Bomba
Income Statement
1/1/20-1/31/20

| | Current Period 5/1/20-5/31/20 | Prior Period 4/1/20-4/30/20 |
|---|---:|---:|
| **REVENUES** | | |
| My Daily Choice | $ 1,340.05 | $ 1,340.05 |
| Google/YouTube Partner Program | $ 642.80 | $ 642.80 |
| Legendary Marketer | $ 27.03 | $ 27.03 |
| Other Income | $ 41.01 | $ 41.01 |
| My Lead System Pro | $ 927.43 | $ 927.43 |
| **TOTAL REVENUES** | $ 2,978.32 | $ 2,978.32 |
| | | |
| **COST OF GOODS SOLD** | | |
| AWeber | $ 69.00 | $ 69.00 |
| My Daily Choice | $ 157.95 | $ 315.90 |
| My Lead System Pro | $ 49.95 | $ 49.95 |
| Legendary Marketer | $ 29.95 | $ 29.95 |
| Click Funnels | $ 9.99 | $ 9.99 |
| Click Magic | $ 17.00 | $ 17.00 |
| Zoom & VID IQ | $ 19.99 | $ 19.99 |
| Other Direct Costs | $ 83.97 | $ 83.97 |
| **TOTAL COST OF GOODS SOLD** | $ 437.80 | $ 595.75 |
| | | |
| **GROSS PROFIT (LOSS)** | $ 2,540.52 | $ 2,382.57 |
| | | |
| **OPERATING EXPENSES** | | |
| Advertising and Promotion | $ 134.93 | $ 54.00 |
| Art Graphics | $ - | $ 2.95 |
| Bad Debts/Losses and Thefts | $ - | $ - |
| Business Cards | $ - | $ - |
| Charitable Contributions | $ - | $ - |
| Computer and Internet | $ 74.98 | $ 74.98 |
| Continuing Education | $ 37.00 | $ - |
| Depreciation-Indirect | $ - | $ - |
| Dues and Subscriptions | $ - | $ - |
| Insurance | $ - | $ - |
| Meals and Entertainment | $ - | $ - |
| Merchant Account Fees | $ 7.50 | $ 14.10 |
| Miscellaneous Expense | $ 9.00 | $ 9.00 |
| Office Supplies | $ - | $ - |
| Computer Supplies | $ - | $ - |
| Postage and Delivery | $ - | $ - |
| Printing and Reproduction | $ - | $ - |
| Professional Services - Legal, Accounting | $ - | $ 243.80 |
| Occupancy | $ - | $ - |
| Rental Payments | $ - | $ - |
| Salaries-Indirect | $ - | $ - |
| Software | $ - | $ - |
| Subcontractor | $ 38.50 | $ 45.00 |
| Mobile Phone | $ 71.47 | $ 71.47 |
| Travel | $ - | $ - |
| Website Domain Hosting | $ 36.34 | $ 12.17 |
| **TOTAL OPERATING EXPENSES** | $ 409.72 | $ 527.47 |
| | | |
| **OPERATING PROFIT (LOSS)** | $ 2,130.80 | $ 1,855.10 |
| | | |
| **INTEREST (INCOME), EXPENSE & TAXES** | | |
| Interest (Income) | $ - | $ - |
| Interest Expense | $ - | $ - |
| Income Tax Expense | $ - | $ - |
| **TOTAL INTEREST (INCOME), EXPENSE & TAXES** | $ - | $ - |
| | | |
| **NET INCOME (LOSS)** | $ 2,130.80 | $ 1,855.10 |

# Income Statement

Linda Bomba
Income Statement
1/1/20-1/31/20

| | Current Period 4/1/20-4/30/20 | Prior Period 3/1/20-3/31/20 |
|---|---:|---:|
| **REVENUES** | | |
| My Daily Choice | $ 1,340.05 | $ 761.50 |
| Google/YouTube Partner Program | $ 642.80 | $ 629.21 |
| Legendary Marketer | $ 27.03 | $ 132.12 |
| Other Income | $ 41.01 | $ 3,000.00 |
| My Lead System Pro | $ 927.43 | $ 229.02 |
| **TOTAL REVENUES** | $ 2,978.32 | $ 4,751.85 |
| | | |
| **COST OF GOODS SOLD** | | |
| AWeber | $ 69.00 | $ 69.00 |
| My Daily Choice | $ 315.90 | $ 318.90 |
| My Lead System Pro | $ 49.95 | $ 49.95 |
| Legendary Marketer | $ 29.95 | $ 29.95 |
| Click Funnels | $ 9.99 | $ 7.00 |
| Click Magic | $ 17.00 | $ 17.00 |
| Zoom & VID IQ | $ 19.99 | $ 19.99 |
| Other Direct Costs | $ 83.97 | $ 89.95 |
| **TOTAL COST OF GOODS SOLD** | $ 595.75 | $ 601.74 |
| | | |
| **GROSS PROFIT (LOSS)** | $ 2,382.57 | $ 4,150.11 |
| | | |
| **OPERATING EXPENSES** | | |
| Advertising and Promotion | $ 54.00 | $ 89.95 |
| Art Graphics | $ - | $ 2.95 |
| Bad Debts/Losses and Thefts | $ - | $ - |
| Business Cards | $ - | $ - |
| Charitable Contributions | $ - | $ - |
| Computer and Internet | $ 74.98 | $ 74.98 |
| Continuing Education | $ - | $ - |
| Depreciation-Indirect | $ - | $ - |
| Dues and Subscriptions | $ - | $ - |
| Insurance | $ - | $ - |
| Meals and Entertainment | $ - | $ - |
| Merchant Account Fees | $ 14.50 | $ 14.10 |
| Miscellaneous Expense | $ 9.00 | $ - |
| Office Supplies | $ - | $ - |
| Computer Supplies | $ - | $ - |
| Postage and Delivery | $ - | $ - |
| Printing and Reproduction | $ - | $ - |
| Professional Services - Legal, Accounting | $ - | $ 243.80 |
| Occupancy | $ - | $ - |
| Rental Payments | $ - | $ - |
| Salaries-Indirect | $ - | $ - |
| Software | $ - | $ - |
| Subcontractor | $ 45.00 | $ 58.50 |
| Mobile Phone | $ 71.47 | $ 71.47 |
| Travel | $ - | $ - |
| Website Domain Hosting | $ 12.17 | $ 129.81 |
| **TOTAL OPERATING EXPENSES** | $ 281.12 | $ 685.56 |
| | | |
| **OPERATING PROFIT (LOSS)** | $ 2,101.45 | $ 3,464.55 |
| | | |
| **INTEREST (INCOME), EXPENSE & TAXES** | | |
| Interest (Income) | $ - | $ - |
| Interest Expense | $ - | $ - |
| Income Tax Expense | $ - | $ - |
| **TOTAL INTEREST (INCOME), EXPENSE & TAXES** | $ - | $ - |
| | | |
| **NET INCOME (LOSS)** | $ 2,101.45 | $ 3,464.55 |

1

# Income Statement

Linda Bomba
Income Statement
1/1/20-1/31/20

| | Current Period 3/1/20-3/31/20 | Prior Period 2/1/20-2/28/20 |
|---|---:|---:|
| **REVENUES** | | |
| My Daily Choice | $ 761.50 | $ 1,224.65 |
| Google/YouTube Partner Program | $ 629.21 | $ 600.14 |
| Legendary Marketer | $ 132.12 | $ 42.63 |
| Other Income | $ 3,424.10 | $ - |
| My Lead System Pro | $ 229.03 | $ 833.80 |
| **TOTAL REVENUES** | $ 5,175.96 | $ 2,701.22 |
| | | |
| **COST OF GOODS SOLD** | | |
| AWeber | $ 69.00 | $ 149.00 |
| My Daily Choice | $ 318.90 | $ 157.95 |
| My Lead System Pro | $ 49.95 | $ 54.92 |
| Legendary Marketer | $ 29.95 | $ 29.95 |
| Click Funnels | $ 7.99 | $ 97.00 |
| Click Magic | $ 17.00 | $ 17.00 |
| Zoom & VID IQ | $ 19.99 | $ 19.99 |
| Other Direct Costs | $ 89.95 | $ - |
| **TOTAL COST OF GOODS SOLD** | $ 602.73 | $ 525.81 |
| | | |
| **GROSS PROFIT (LOSS)** | $ 4,573.23 | $ 2,175.41 |
| | | |
| **OPERATING EXPENSES** | | |
| Advertising and Promotion | $ 89.95 | $ - |
| Art Graphics | $ 2.95 | $ 7.99 |
| Bad Debts/Losses and Thefts | $ - | $ - |
| Business Cards | $ - | $ - |
| Charitable Contributions | $ - | $ - |
| Computer and Internet | $ 74.98 | $ 74.98 |
| Continuing Education | $ - | $ - |
| Depreciation-Indirect | $ - | $ - |
| Dues and Subscriptions | $ - | $ - |
| Insurance | $ - | $ - |
| Meals and Entertainment | $ - | $ - |
| Merchant Account Fees | $ 14.10 | $ 6.50 |
| Miscellaneous Expense | $ - | $ - |
| Office Supplies | $ - | $ - |
| Computer Supplies | $ - | $ - |
| Postage and Delivery | $ - | $ - |
| Printing and Reproduction | $ - | $ - |
| Professional Services - Legal, Accounting | $ 243.80 | $ - |
| Occupancy | $ - | $ - |
| Rental Payments | $ - | $ - |
| Salaries-Indirect | $ - | $ - |
| Software | $ - | $ - |
| Subcontractor | $ 58.50 | $ 45.00 |
| Mobile Phone | $ 71.47 | $ 71.47 |
| Travel | $ - | $ - |
| Website Domain Hosting | $ 129.81 | $ 12.17 |
| **TOTAL OPERATING EXPENSES** | $ 685.56 | $ 218.11 |
| | | |
| **OPERATING PROFIT (LOSS)** | $ 3,887.67 | $ 1,957.30 |
| | | |
| **INTEREST (INCOME), EXPENSE & TAXES** | | |
| Interest (Income) | $ - | $ - |
| Interest Expense | $ - | $ - |
| Income Tax Expense | $ - | $ - |
| **TOTAL INTEREST (INCOME), EXPENSE & TAXES** | $ - | $ - |
| | | |
| **NET INCOME (LOSS)** | $ 3,887.67 | $ 1,957.30 |