**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Linda M Bomba, | : | Bankruptcy No. 20-13206-mdc |
|     Debtor, | : | Chapter 13 |
| | : | |
| Metropolitan Life Insurance Company, | : | |
|     Secured Creditor, | : | |
| | : | |
| Linda M Bomba, | : | |
|     Debtor / Respondent, | : | |
| | : | |
| and | : | |
| KENNETH E. WEST, | : | |
|     Trustee/Respondent. | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

    Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Metropolitan Life Insurance Company, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

        Roger Fay, Esquire
        Albertelli Law
        14000 Commerce Parkway, Suite H
        Mount Laurel, NJ 08054
        (856) 724-1888

    Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:  August 31, 2023                        ALBERTELLI LAW

                                                  BY:  /s/ Roger Fay, Esq., ID No. 315987
                                                  14000 Commerce Parkway, Suite H
                                                  Mount Laurel, NJ 08054
                                                  rfay@alaw.net

231892-1