United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-13206-mdc
Linda M Bomba | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 30, 2023 | Form ID: 138OBJ | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda M Bomba, 6305 Lydia Hollow Drive, Glen Mills, PA 19342-1071 |
| 14713559 | + | Metropolitan Life, 2121 Waukegan Road, Suite 300, Bannockburn, Pennsylvania 60015-1831 |
| 14645946 | + | Metropolitan Life Company c/o Community Loan Servi, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 30 2023 23:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2023 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14524732 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 30 2023 23:23:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14528963 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 30 2023 23:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14526891 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 30 2023 23:24:00 | Bayview Financial Loan, C/O Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14524733 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 30 2023 23:24:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14524734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2023 23:34:09 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14784622 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 23:33:39 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14536036 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 23:34:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14645784 | ^ | MEBN | Aug 30 2023 23:19:23 | Metropolitan Life Company c/o Community Loan Servi, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14545407 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2023 23:24:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14524735 | + | Email/Text: blegal@phfa.org | Aug 30 2023 23:24:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14524736 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 20-13206-mdc    Doc 44    Filed 09/01/23    Entered 09/02/23 00:30:24    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: 138OBJ | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 30 2023 23:34:16 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14536251 | + | Email/Text: blegal@phfa.org | | |
| | | | Aug 30 2023 23:24:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14526258 | | Email/Text: lhaller@pkh.com | | |
| | | | Aug 30 2023 23:24:00 | Pennsylvania Housing Finance Agency/HEMAP, c/o LEON P. HALLER, Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14548345 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 30 2023 23:33:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023                     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

**Name** — **Email Address**

BRAD J. SADEK
on behalf of Debtor Linda M Bomba brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing  LLC logsecf@logs.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                         User: admin                         Page 3 of 3
Date Rcvd: Aug 30, 2023               Form ID: 138OBJ               Total Noticed: 19
TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda M Bomba

        Debtor(s)                        Case No: 20−13206−mdc

                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/30/23

42 − 41
Form 138OBJ